**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

LINDA PULLIN, : No. 88 EAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
SCHOOL DISTRICT OF PHILADELPHIA :
(WORKERS' COMPENSATION APPEAL :
BOARD), :
:
Respondent :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is

**DENIED**.

    The Petition to Consolidate is hereby **DENIED**.